UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                  :

RUSSELL G. CHEEK              :        Misc. 99-375 (DMC)

An Attorney-at-Law           :        CONSENT ORDER

RUSSELL G. CHEEK of, TOMS RIVER, NEW JERSEY having tendered his consent to the Supreme Court of New Jersey to disbarment as an attorney at law of the State of New Jersey, and good cause appearing,

IT IS, on this 19th day of JUNE, 2008,

ORDERED, that RUSSELL G. CHEEK is hereby restrained and enjoined from practicing law before this Court during the period he remains disbarred with the Supreme Court of New Jersey, and until further Order of this Court.

GARRETT E. BROWN, JR.
CHIEF JUDGE

I hereby consent to the form and entry of the within order.

RECEIVED

JUN 1 2 2008

DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE